IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Bryan W. Bates, :

    Petitioner : Civil Action 2:10-cv-0420

v. : Judge Marbley

Warden, Chillicothe Correctional : Magistrate Judge Abel
Institution
:
    Respondent
:

# ORDER

Petitioner Bates' March 2, 2011 motion to voluntarily dismiss this habeas corpus action (doc. 9) is DENIED. On April 14, 2011 Bates filed a notice that he intended to represent himself in this habeas corpus action.

          s/Algenon L. Marbley
        Algenon L. Marbley, Judge
        United States District Court